IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

HU YANG,

     Plaintiff,

v.

CAPITAL ONE SERVICES, LLC;
and AMPCUS INC.,

     Defendants.

CIVIL ACTION NO.
1:23-cv-00354-VMC-RDC

## ORDER

Defendant Capital One Services, LLC has moved, with Plaintiffs' consent, to extend the deadline to respond to Plaintiff's complaint through March 24, 2023. (Doc. 13). Capital One advises that it needs more time to investigate the allegations. Upon consideration, the motion is **GRANTED**. Capital One shall file an answer or otherwise respond to Plaintiff's complaint on or before **March 24, 2023**.

IT IS SO **ORDERED** on this 14th day of February 2023.

_____
REGINA D. CANNON
United States Magistrate Judge